# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WINTON, | Civil No. 3:20-cv-1479 |
| Plaintiff | (Judge Mariani) |
| v. | |
| C.O. ADAMS, *et al.*, | |
| Defendants | |

## ORDER

**AND NOW**, this **7th** day of June, 2021, upon consideration of Plaintiff's motions (Docs. 12, 34) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The motions (Docs. 12, 34) are **DENIED** without prejudice.

2. Plaintiff's motion (Doc. 12) for extension of time to file a response to Defendants' answer to the complaint is **DENIED** as an unnecessary and improper request.

Robert D. Mariani
United States District Judge