IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT WINTON, | : | Civil No. 3:20-cv-1479 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| C.O. ADAMS, *et al.*, | : | |
| Defendants | : | |

### ORDER

**AND NOW**, this ____ day of March, 2022, upon consideration of the motion (Doc. 74) to seal, filed by Defendants Rissell, Adams, Brown, and Dunlap, wherein they request to submit exhibits under seal, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 74) is **GRANTED**.

2. The Clerk of Court is directed to file under seal Defendants' declaration in support of the motion to seal, and the exhibits. (Docs. 75, 76, 77).

3. The exhibits shall remain under seal pending further Order of Court.

Robert D. Mariani
United States District Judge