IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT WINTON,  :  Civil No. 3:20-cv-1479

    Plaintiff  :  (Judge Mariani)

v.  :

C.O. ADAMS, *et al.*,  :

    Defendants  :

**ORDER**

**AND NOW**, this ___14th___ day of April, 2022, upon consideration of Plaintiff's motion (Doc. 58) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 58) is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge