IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT WINTON,

    Plaintiff

v.

C.O. ADAMS, *et al.*,

    Defendants

Civil No. 3:20-cv-1479

(Judge Mariani)

## ORDER

**AND NOW,** this 21st day of September, 2022, upon consideration of Plaintiff's motion (Doc. 88) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 88) is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge