IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT WINTON, | : | Civil No. 3:20-cv-1479 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| C.O. ADAMS, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 23rd day of November, 2022, upon consideration of Defendants' motion (Doc. 80) to dismiss and/or for summary judgment, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 80) for summary judgment is **GRANTED**.

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants John Rissell, Kristofer Adams, Shawn Brown, and Troy Dunlap, and against Plaintiff.

3. The Court declines to exercise supplemental jurisdiction over the state law claims. 28 U.S.C. § 1367(c)(3).

4. The action against Deputy Warden Wagner is **DISMISSED** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. See FED. R. CIV. P. 4(m).

5. The Clerk of Court is directed to **CLOSE** this case.

6.  Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

_____
Robert D. Mariani
United States District Judge